UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MT. PLEASANT BLACKTOPPING
COMPANY, INC.,

    Plaintiff,

vs.

GREENE COUNTY, OHIO, *et al*.,

    Defendants.

Case No. 3:18-cv-417

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

_____

**ORDER AND ENTRY: (1) GRANTING THE PARTIES' JOINT MOTION TO EXTEND DEADLINES (DOC. 55); AND (2) AMENDING THE PRELIMINARY PRETRIAL CONFERENCE ORDER**
_____

This civil case is before the Court on the parties' joint motion to extend deadlines in this case. Doc. 55. For good cause shown, and absent objection, the parties' joint motion (doc. 55) is **GRANTED**. The Court hereby enters the following amended dates and deadlines in this case:

| | |
|---|---|
| Discovery deadline[1]: | **June 1, 2020** |
| Telephone conference with Judge Rose[2]: | **June 4, 2020 at 10:00 am** |
| Dispositive motions: | **June 15, 2020** |
| Final pretrial conference in Chambers: | **January 21, 2021 at 1:30 pm** |
| Jury Trial: | **February 8, 2021 at 9:00 am** |

---

[1] The parties are reminded of their continuing duty to update their discovery responses pursuant to Fed. R. Civ. P. 26(e). This includes responses to initial disclosures pursuant to Rule 26(a), as well as interrogatories, requests for production, and requests for admission. Further, the discovery deadline means that all discovery must be concluded, as opposed to simply requested, by the discovery date. Further, absent approval by the Court, there will be no continuation of discovery beyond the discovery deadline. If counsel or the parties extend discovery by agreement, there will be no supervision or intervention by the Court, such as a Fed. R. Civ. P. 37 request for sanctions, without a showing of extreme circumstances. Parties who undertake discovery beyond the discovery deadline do so at the risk the Court may not permit its completion before trial.

[2] This conference is scheduled with Judge Rose to discuss possible alternative dispute resolution mechanisms.

If the parties desire assistance, they are directed to file a motion requesting a status conference with the Court. Likewise, prior to filing motions to compel discovery, the parties must meet and confer to resolve their dispute and, thereafter, are directed to move for an informal discovery conference. The parties shall immediately inform the Court if they anticipate that discovery cannot be completed prior to the discovery deadline set forth above or if the case settles.

**IT IS SO ORDERED.**


Date:  April 14, 2020                                                s/ Michael J. Newman
                                                                                Michael J. Newman
                                                                                United States Magistrate Judge