# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MT. PLEASANT BLACKTOPPING COMPANY INC. | : | Case No. 3:18-cv-417 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| GREENE COUNTY, OHIO, et al. | : | |
| Defendants. | : | |

## ORDER

As the parties are aware, the Court has received several motions in this matter that are now fully briefed. (*See* Docs. 57, 82, 83, 84, 96, 104, 109, 113, 117, 122.) Apart from the "Motion to Bifurcate Damages Claims" (Doc. 57), the motions are motions for summary judgment or motions that are directly related to those motions for summary judgment.

Although this case has been pending for quite some time, and despite the presumption that all parties would like to resolve the matter as soon as possible, the Court vacates the current case schedule—including the approaching final pretrial conference and trial dates—in light of the voluminous briefing and issues presented in the pending motions, as well as the Court's obligations in other cases. After ruling on the pending motions for summary judgment, the Court will issue a new case schedule, including new dates for the Final Pretrial Conference and Trial, if appropriate.

Accordingly, it is hereby **ORDERED** that:

1. The remaining dates in the current case schedule (*see* Doc. 56) are **VACATED**; and,

2. If appropriate after it has ruled on the pending motions for summary judgment (Docs. 82, 83, 84), the Court will issue a new case schedule—including a new trial date.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, October 27, 2020.

                                                s/Thomas M. Rose
                                                _____
                                                THOMAS M. ROSE
                                           UNITED STATES DISTRICT JUDGE